```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARCUS TELESFORD
            Plaintiff,                          ORDER
                                                15-cv-6191
      v.

JAMES ESGROW, et al.,
            Defendants.
_____
```

Currently pending before the Court is plaintiff's motion to compel the production of certain documents. See Motion to Compel (Docket # 28). The motion has been fully briefed and submitted to the Court. See Declaration (Docket # 27); Reply (Docket # 29). The Court is reviewing the submissions and will advise the parties if it determines that oral argument is needed. See Motion for a Hearing (Docket # 30); Order (Docket # 31).

The standing Scheduling Order calls for a close to discovery on April 29, 2016. See Amended Scheduling Order (Docket # 24). In pursuit of that deadline, counsel for the defense filed a notice to take plaintiff's deposition by video, scheduled for April 20, 2016. See Notice (Docket ## 32, 33). Plaintiff has asked by letter dated April 10, 2016, to postpone the deposition until his motion to compel has been decided. With no objection from the defense, it is

**ORDERED** that the deposition of plaintiff shall be postponed until the Court rules on the motion to compel, and it is further

**ORDERED** that the current Scheduling Order is extended pending the Court's decision on the motion to compel.  The Court will issue a new Scheduling Order upon entry of a decision.

**SO ORDERED.**

_____
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

Dated: April 15, 2016
       Rochester, New York